**Felix Gonzalez GISBERT, et al., Petitioners–Appellants,**

v.

**U.S. ATTORNEY GENERAL, Respondent–Appellee.**

No. 91–4477.

United States Court of Appeals, Fifth Circuit.

Aug. 3, 1993.

Leo Jerome Lahey, Lafayette, LA, Gary Leshaw, Atlanta Legal Aid Soc., Atlanta, GA, Mark D. Kemple, Karen M. Frederiksen, Los Angeles, CA, David A. Webster, Sumner & Hewes, Atlanta, GA, for petitioners-appellants.

Joseph S. Cage, Jr. U.S. Atty., Shreveport, LA, Emily A. Radford, Atty., Lauri S. Filp-

---

pu, Deputy Director, Office of Imm. Lit., U.S. Dept. of Justice, Washington, DC, for respondent-appellee.

Before GARWOOD, and EMILIO M. GARZA, Circuit Judges.*

PER CURIAM:

The Court *sua sponte* amends its prior judgment and opinion herein, reported at 988 F.2d 1437 (5th Cir.1993), by deleting therefrom all of footnote 5, 988 F.2d at 1440 n. 5, and all of footnote 24, 988 F.2d at 1449 n. 24. The mandate shall issue forthwith.